## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

U.S. Bank National Association

                Plaintiff,

v.                                   Case No.: 1:25−cv−00824

                                   Honorable Sharon Johnson Coleman

Hot Shot Expedite, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 12, 2025:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 8/12/2025. Defendants did not appear nor contact the Court. Plaintiff's motion for default judgment, order of replevin, and order of detinue [25] is granted. Enter Order. Civil case terminated. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.